IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00296-REB-MJW

JAMES R. DUNCAN,

Plaintiff,

v.

MCGILL, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's handwritten Motion to Add Discovery Affidavit (docket no. 27) is GRANTED as follows.  The Pro Se Incarcerated Plaintiff may file his affidavit by Phillip A Punk, Jr. #1200656 (docket no. 26) with the court.  The Pro Se Incarcerated Plaintiff may include such affidavit in the Final Pretrial Order as a proposed exhibit.  As of the date of this minute order, no Final Pretrial Conference as been set.

    It is FURTHER ORDERED that case is set for a Rule 16 Scheduling Conference on July 24, 2008, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall file their proposed Rule 16 Scheduling Order five (5) days prior to the Rule 16 Scheduling Conference.

Date:  May 8, 2008