IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00296-REB-MJW

JAMES R. DUNCAN,

Plaintiff,

v.

MCGILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that defendants' Motion for Leave to File an Amended Answer (Docket No. 63), to which no opposition was received, is **granted**, and the tendered Amended Answer (Docket No. 63-2) is accepted for filing as of the date of this Minute Order.  It is further

**ORDERED** that defendants' Motion for Leave to Depose Plaintiff (Docket No. 64), to which no opposition was received, is **granted**, and thus defendants shall be permitted to take the deposition of the plaintiff, who is confined in prison.

Date: May 4, 2009