IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00296-REB-MJW

JAMES R. DUNCAN,

Plaintiff,

v.

MCGILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the pro se incarcerated plaintiff's motion, captioned "Motion for Discovery Judges M.J. Watanabe and R.E. Blackburn Report of Fraud Upon Your Court" (Docket No. 81) is nonsensical and denied, finding no basis in law or in fact for the relief requested.

Date: August 18, 2009